# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE D. VAN HOLLAND, | Case No. SACV 16-1169 SS |
| Plaintiff, | |
| v. | |
| NANCY A. BERRYHIL,[1] Acting Commissioner of Social Security, | **JUDGMENT** |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: June 14, 2017

/S/
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill, Acting Commissioner of Social Security, is substituted for her predecessor Carolyn W. Colvin, whom Plaintiff named in the Complaint. See Fed. R. Civ. P. 25(d).